UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Muhammad Usman Zaka

v.                                                      Case No. 1:26-cv-00129-JL-TSM

Strafford County Corrections, et al.

## PRELIMINARY ORDER

**I.    Show cause order**

*Due process.* On December 24, 2025, Chief Judge Elliott ordered a bond hearing for a habeas petitioner who was paroled into the United States under 8 U.S.C. § 1182(d)(5) and re-detained three years later, after living continuously in the United States and complying at all times with conditions set by immigration officials. *See Destino v. FCI Berlin*, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.). The court found that, in light of the petitioners' connections to and continued presence in the United States, the Due Process Clause of the United States Constitution prohibited his detention without a timely bond hearing. *Id*. at \*14. Accordingly, the respondents are directed to show cause in writing on or before **March 2, 2026** why this court should not order the same relief ordered in *Destino*.

Alternatively, written verification that petitioner has received, or is scheduled to receive on a date certain, a bond hearing, shall constitute compliance with this order.

**II.   Notice of transfer**

While this case remains pending, the petitioner shall not be transferred outside the District of New Hampshire or outside the jurisdiction of the United States unless the government provides advance notice of the intended move. Such notice shall be filed in writing on the docket of this proceeding, and shall state the reason for the necessity of such action and why the move should not be stayed pending further court proceedings. Once that notice has been docketed, the petitioner shall not be moved out of the district of his detention for a period of at least 72 hours from that docketing.

The petitioner's emergency motion for temporary restraining order and preliminary injunction[1] is granted in part and denied in part, consistent with the above order, without prejudice to further review at the respondents' request.

SO ORDERED.

Joseph N. Laplante
United States District Judge

Dated: February 23, 2026

---

[1] Doc. no. 2.